IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LINDA R. COLLINSON, | CV 23–22–M–DLC |
| Plaintiff, | CV 23–23–M–DLC |
| vs. | |
| WRG ASBESTOS PI TRUST, | ORDER |
| Defendant. | |
| RORY L. TENNISON, | |
| Plaintiff, | |
| vs. | |
| WRG ASBESTOS PI TRUST, | |
| Defendant. | |

Plaintiffs in the above captioned matters having each filed a Voluntary Stipulation of Dismissal with Prejudice. (CV 23-22-M-DLC, Doc. 39; CV-23-23-M-DLC, Doc. 31.)

Accordingly, IT IS ORDERED that these matters are DISMISSED with prejudice. All parties shall bear their own costs and fees.

The Clerk of Court is directed to close these cases.

DATED this 8th day of July, 2025.

1

Dana L. Christensen, District Judge
United States District Court